Eastern District of Kentucky
**FILED**

DEC 2 1 2023

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**UNITED STATES OF AMERICA**

V.                                                            INDICTMENT NO. 6:23-cr-77-CHB

**AUSTIN L. ENDICOTT**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about May 20, 2023, in Perry County, in the Eastern District of Kentucky,

**AUSTIN L. ENDICOTT**

did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 18 U.S.C. § 924(c)(1)(A)

On or about May 20, 2023, in Perry County, in the Eastern District of Kentucky,

**AUSTIN L. ENDICOTT**

did knowingly possess a firearm in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, as set forth in Count 1, that is, possession with the intent to distribute a mixture or substance containing a detectable amount of

methamphetamine, in violation of 21 U.S.C. § 841, all in violation of 18 U.S.C. § 924(c)(1)(A).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

1. By virtue of the commission of the felony offense alleged in Count 1 of the Indictment, **AUSTIN L. ENDICOTT** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that Austin L. Endicott has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offense alleged in Count 2 of the Indictment, **AUSTIN L. ENDICOTT** shall forfeit to the United States any and all firearms and associated ammunition and accessories involved in or used, or intending to be used, in the violation of 18 U.S.C. § 924. Any and all interest that Austin L. Endicott has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**CURRENCY:**
$1,293.00 in United States currency seized from Austin Endicott on May 20, 2023.

**FIREARM AND AMMUNITION:**
9mm Taurus semi-automatic handgun S/N: ABE581106 seized from Austin

Endicott on May 20, 2023.

4. If any of the property listed above, as a result of any act or omission of the Defendants, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

▬▬▬▬▬▬▬▬▬▬▬▬
FOREPERSON

_____
CARLTON S. SHIER IV
UNITED STATES ATTORNEY

## **PENALTIES**

### **COUNT 1:**

Not less than 5 years and not more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

### **COUNT 2:**

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

**PLUS:**   Forfeiture of all listed property.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.